UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NEWELL
Plaintiff

V.

AMERICA'S SERVICING CO
Defendant

CIVIL ACTION

NO.15-10357-RGS

## ORDER OF REMAND

STEARNS, D.J.,

In accordance with the Court's allowance of the plaintiff's motion to remand on 4/15/15, it is hereby ORDERED that the above-entitled action be remanded to Norfolk Superior Court. Case closed.

By the Court,

4/16/15

Date

/s/ Elaine Flaherty

Deputy Clerk